*The Law Offices Of*
# SHELLEY L. STANGLER, P.C.

SHELLEY L. STANGLER
ATTORNEY AT LAW

MEMBER N.J. BAR & N.Y. BAR

A PROFESSIONAL CORPORATION
155 MORRIS AVENUE
SPRINGFIELD, NJ 07081
TEL: 973.379.2500
FAX: 973.379.0031
E-MAIL: SHELLEY@STANGLERLAW.COM
WWW.STANGLERLAW.COM

NEW YORK OFFICE
1 OLD COUNTRY ROAD
STE. 210
CARLE PLACE, NY 11514
TEL: 646.205.0659

January 14, 2011

U.S. District Court of Trenton
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

    **Re: Estate of Robert Mullin vs. The State of New Jersey, et als**

Dear Sir/Madame:

We represent the plaintiff in the above mentioned case.

Enclosed please find:

1. Complaint
2. Disclosure Statement
3. Summons for each defendants

Thank you.

                Very truly yours,

                SHELLEY L. STANGLER, ESQ.

SLS/mf
Enc.