# The Law Offices Of
# SHELLEY L. STANGLER, P.C.

SHELLEY L. STANGLER
ATTORNEY AT LAW

MEMBER N.J. BAR & N.Y. BAR

A PROFESSIONAL CORPORATION
155 MORRIS AVENUE
SPRINGFIELD, NJ 07081
TEL: 973.379.2500
FAX: 973.379.0031
E-MAIL: SHELLEY@STANGLERLAW.COM
WWW.STANGLERLAW.COM

NEW YORK OFFICE
1 OLD COUNTRY ROAD
STE. 210
CARLE PLACE, NY 11514
TEL: 646.205.0659

June 22, 2012

VIA ELECTRONIC FILING
The Hon. Lois H. Goodman
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   Estate of Robert Mullin v. Administrator Karen Balicki, et al.
      Civil Action No.: 3:11-cv-00247-MLC -LHG

Dear Judge Goodman:

In reply to the June 21, 2012 opposition submitted by defendant Nurse Byrd to plaintiff's supplemental briefing, the complaint naming Nurse Byrd as a defendant was filed within the statutory two (2) year period from both the date of death, January 17, 2009 and the date of malpractice January 16, 2009. The complaint was filed on January 14, 2011 (Docket Entry #1).

Respectfully,

SHELLEY L. STANGLER, ESQ.

SLS/mf

cc:   Joseph M. Micheletti, Esq.
      Kevin A. Terhune, DAG
      David C. Donohue, Esq.
      John J. Welsh, Esq.