# The Law Offices Of
# SHELLEY L. STANGLER, P.C.

SHELLEY L. STANGLER
ATTORNEY AT LAW

MEMBER N.J. BAR & N.Y. BAR

A PROFESSIONAL CORPORATION
155 MORRIS AVENUE
SPRINGFIELD, NJ 07081
TEL: 973.379.2500
FAX: 973.379.0031
E-MAIL: SHELLEY@STANGLERLAW.COM
WWW.STANGLERLAW.COM

NEW YORK OFFICE
1 OLD COUNTRY ROAD
STE. 210
CARLE PLACE, NY 11514
TEL: 646.205.0659

September 21, 2012

<u>VIA ELECTRONIC FILING</u>
U.S. District Court of Trenton
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

    Re: **Estate of Robert Mullin vs. The State of New Jersey, et als**
          **Case No: 3:11-cv-00247-MLC -LHG**

Dear Sir/Madame:

    Pursuant to the Order of the Hon. Lois H. Goodman on September 14, 2012, Docket Entry #101, enclosed please find the Fourth Amended Complaint for filing with the Court.

    Thank you.

Very truly yours,

SHELLEY L. STANGLER, ESQ.

SLS/mf
Enc.

cc: The Hon. Judge Mary L. Cooper
    Joseph M. Micheletti, Esq.
    John J. Welsh, Esq.
    Kevin A. Terhune, DAG
    David C. Donohue, Esq.
    Joan Mullin