# The Law Offices Of
# SHELLEY L. STANGLER, P.C.

SHELLEY L. STANGLER
ATTORNEY AT LAW

MEMBER N.J. BAR & N.Y. BAR

A PROFESSIONAL CORPORATION
155 MORRIS AVENUE
SPRINGFIELD, NJ 07081
TEL: 973.379.2500
FAX: 973.379.0031
E-MAIL: SHELLEY@STANGLERLAW.COM
WWW.STANGLERLAW.COM

NEW YORK OFFICE
1 OLD COUNTRY ROAD
STE. 210
CARLE PLACE, NY 11514
TEL: 646.205.0659

October 24, 2012

**By Electronic Mail**

Magistrate Judge Lois Goodman
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re: **Estate of Robert Mullin v. Administrator Karen Balicki, et al.**
      **Civil Action No.: 3:11-cv-00247 (MCL/LHG)**

Dear Judge Goodman:

Enclosed please find a Joint Discovery Plan executed by all parties.

Thank you.

            Respectfully,

            SHELLEY L. STANGLER, ESQ.

SLS/ka
Enclosures
 cc: Christine H. Kim, DAG
   John J. Welch, Esq.
   David C. Donohue, Esq.