UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOAN MULLIN, ADMINISTRATRIX OF THE ESTATE OF ROBERT MULLIN, deceased, and JOAN MULLIN, individually,<br><br>  Plaintiffs,<br><br>  v.<br><br> ADMINISTRATOR KAREN BALICKI, et al.,<br><br>  Defendants. | CIVIL ACTION NO. 11-247 (MLC)<br><br>**O R D E R** |

For the reasons stated in the Court's Memorandum Opinion dated July 25, 2014, **IT IS** on this 25th day of July, 2014, **ORDERED** that the motion for reconsideration of the Court's November 1, 2013 Order (dkt. entry no. 185) is **DENIED**; and it is further

**ORDERED** that the plaintiffs are **GRANTED LEAVE** to file a separate notice of motion concerning leave to amend the complaint and assert new claims, as well as separate briefs and exhibits in support thereof, before the Magistrate Judge **BY AUGUST 22, 2014** in accordance with the Federal Rules of Civil Procedure and the Local Civil Rules.

  s/ Mary L. Cooper  
**MARY L. COOPER**  
United States District Judge