UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOAN MULLIN, ADMINISTRATRIX OF THE ESTATE OF ROBERT MULLIN, deceased and JOAN MULLIN, individually,<br><br>    Plaintiffs,<br><br> v.<br><br>ADMINISTRATOR KAREN BALICKI, in her personal and individual capacities representing the State of New Jersey, the Department of Corrections of the State of New Jersey, South Woods State Prison, and Central Reception & Assignment Facility (C.R.A.F.), DIRECTOR ROBERT PATTERSON, in his personal and individual, representing the State of New Jersey, the Department of Corrections of the State of New Jersey, South Woods State Prison, and Central Reception & Assignment Facility (C.R.A.F.) DIRECTOR MARIE DUNLAP-PRYCE, in her personal and individual capacities, representing the State of New Jersey, the Department of Corrections of the State of New Jersey, South Woods State Prison, and Central Reception & Assignment Facility (C.R.A.F.), JANE BYRD, L.P.N., in her personal and individual capacities, ERIN MARUSKY, R.N., in her personal and individual capacities, OFFICER NICHOLAS DIMLER, in his personal and individual capacities, OFFICER ROBERT RUSSO, in his personal and individual capacities, CHIEF RALPH YANSEK, in his personal and individual capacities, Lt. DUDICH, in his personal and individual capacities, SGT. B. STERN, in his personal and individual capacities, SGT. THOMAS SPENCE, in his personal and individual capacities, OFFICER ERIC LARGE, in his personal and individual capacities, KINTOCK GROUP, JOHN DOES 4-10 (as yet unidentified and unknown governmental, county, or state officials, supervisors, agents or employees) in their personal, individual and professional capacities, ABC ENTITIES 1-10 (as yet unidentified and unknown governmental entities   Defendants. | Civ. No. 3:11-cv-00247<br><br>NOTICE OF MOTION TO AMEND THE COMPLAINT |

ON NOTICE TO:

Office of the Attorney General
Division of Law
25 Market Street, P.O. Box 116
Trenton, NJ 08625-0116
Attn: Lucy Elizabeth Fritz, Esq.
    Daniel M. Vannella, Esq.
*Attorney for State of New Jersey, Dept. of Correction of State of NJ, South Woods State Prison, C.R.A.F., Administrator Karen Balicki, Director Robert Patterson, Director Marie Dunlap-Pryce, and Jane Byrd, L.P.N.*

John J. Welch, Esq.
2329 State Highway 43, Suite 103
Manasquan, NJ 08736-1442
*Attorney for Kintock Group*

David C. Donohue, Esq.
Farkas & Donohue
389 Passaic Ave., 3d Floor
Fairfield, NJ 07004
*Attorneys for Jane Byrd, LPN and UMDNJ*

**PLEASE TAKE NOTICE,** that on September 15, 2014 at 9:00a.m. in the forenoon or as soon thereafter as counsel may be heard, the undersigned, attorney for plaintiffs Joan Mullin, Administratrix of the Estate of Robert Mullin will apply to the United States District Court, District of New Jersey, before the Hon. Lois H. Goodman for an Order permitting amendment of the complaint to name individuals and add new factual allegations.

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely upon the Certification of Shelley L. Stangler, Esq, and accompanying brief and exhibits in support of the motion.

Oral argument is requested.

A form of proposed Order is enclosed.

This motion is filed pursuant to the Order of the Hon. Mary L. Cooper, Docket Entry #204.

                                                **SHELLEY L. STANGLER, P.C.**
                                                Attorney for Plaintiffs

                                                By: _____
                                                   **SHELLEY L. STANGLER, ESQ.**

Dated: August 22, 2014