UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOAN MULLIN, ADMINISTRATRIX OF THE ESTATE OF ROBERT MULLIN, deceased and JOAN MULLIN, individually,<br>Plaintiffs,<br>v.<br><br>ADMINISTRATOR KAREN BALICKI, in her personal and individual capacities representing the State of New Jersey, the Department of Corrections of the State of New Jersey, South Woods State Prison, and Central Reception & Assignment Facility (C.R.A.F.), DIRECTOR ROBERT PATTERSON, in his personal and individual, representing the State of New Jersey, the Department of Corrections of the State of New Jersey, South Woods State Prison, and Central Reception & Assignment Facility (C.R.A.F.) DIRECTOR MARIE DUNLAP-PRYCE, in her personal and individual capacities, representing the State of New Jersey, the Department of Corrections of the State of New Jersey, South Woods State Prison, and Central Reception & Assignment Facility (C.R.A.F.), JANE BYRD, L.P.N., in her personal and individual capacities, ERIN MARUSKY, R.N., in her personal and individual capacities, OFFICER NICHOLAS DIMLER, in his personal and individual capacities, OFFICER ROBERT RUSSO, in his personal and individual capacities, CHIEF RALPH YANSEK, in his personal and individual capacities, Lt. DUDICH, in his personal and individual capacities, SGT. B. STERN, in his personal and individual capacities, SGT. THOMAS SPENCE, in his personal and individual capacities, OFFICER ERIC LARGE, in his personal and individual capacities, KINTOCK GROUP, JOHN DOES 4-10 (as yet unidentified and unknown governmental, county, or state officials, supervisors, agents or employees) in their personal, individual and professional capacities, ABC ENTITIES 1-10 (as yet unidentified and unknown governmental entities<br>Defendants. | Civ. No. 3:11-cv-00247 (MLS-LHG)<br><br>CERTIFICATION OF SERVICE |

I hereby certify that the enclosed documents: Notice of Motion to Amend the Complaint with exhibits, Brief in support of motion and proposed third amended Complaint (Exhibit "B") were served with the Clerk of the Court using the CM/ECF and the following:

Office of the Attorney General
Division of Law
25 Market Street, P.O. Box 116
Trenton, NJ 08625-0116
Attn: Lucy Elizabeth Fritz, Esq.
Daniel M. Vannella, Esq.
*Attorney for Administrator Karen Balicki, Director Robert Patterson, Director Marie Dunlap-Pryce, and Jane Byrd, L.P.N.*

John J. Welch, Esq.
2329 State Highway 43, Suite 103
Manasquan, NJ 08736-1442
*Attorney for Kintock Group*

David C. Donohue, Esq.
Farkas & Donohue
389 Passaic Ave., 3d Floor
Fairfield, NJ 07004
*Attorneys for Jane Byrd, LPN*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
SHELLEY L. STANGLER, ESQ.

Dated: August 22, 2014