UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOAN MULLIN, ADMINISTRATRIX OF THE ESTATE OF ROBERT MULLIN, deceased and JOAN MULLIN, individually,<br><br>     Plaintiffs,<br><br>  v.<br><br>ADMINISTRATOR KAREN BALICKI, in her personal and individual capacities representing the State of New Jersey, the Department of Corrections of the State of New Jersey, South Woods State Prison, and Central Reception & Assignment Facility (C.R.A.F.), DIRECTOR ROBERT PATTERSON, in his personal and individual, representing the State of New Jersey, the Department of Corrections of the State of New Jersey, South Woods State Prison, and Central Reception & Assignment Facility (C.R.A.F.) DIRECTOR MARIE DUNLAP-PRYCE, in her personal and individual capacities, representing the State of New Jersey, the Department of Corrections of the State of New Jersey, South Woods State Prison, and Central Reception & Assignment Facility (C.R.A.F.), JANE BYRD, L.P.N., in her personal and individual capacities, ERIN MARUSKY, R.N., in her personal and individual capacities, OFFICER NICHOLAS DIMLER, in his personal and individual capacities, OFFICER ROBERT RUSSO, in his personal and individual capacities, CHIEF RALPH YANSEK, in his personal and individual capacities, Lt. DUDICH, in his personal and individual capacities, SGT. B. STERN, in his personal and individual capacities, SGT. THOMAS SPENCE, in his personal and individual capacities, OFFICER ERIC LARGE, in his personal and individual capacities, KINTOCK GROUP, JOHN DOES 4-10 (as yet unidentified and unknown governmental, county, or state officials, supervisors, agents or employees) in their personal, individual and professional capacities, ABC ENTITIES 1-10 (as yet unidentified and unknown governmental entities | Civ. No. 3:11-cv-00247<br><br>COUNSEL'S CERTIFICATION IN SUPPORT OF NOTICE OF MOTION TO AMEND THE COMPLAINT |

I, Shelley L. Stangler, herby certify as follows:

1. I am an attorney at law of the State of New Jersey and represent Plaintiffs herein. I am fully familiar with the facts and circumstances of this case. This Certification is made in support of Plaintiff's motion to amend the Complaint.

2. Permission to file this motion was granted by the Hon. Mary L. Cooper in her Opinion and Order of July 25, 2014, docket entries nos: 203 and 204. The Order denied Reconsideration of the Order dismissing most of the claims in the Second Amended Complaint, but permitted plaintiff to file a motion to amend by August 22, 2014.

3. Annexed as Exhibit "A" is the March 4, 2014 letter of counsel to both the Magistrate and District Court Judges overseeing this case. The statements in that letter are hereby certified to as true.

4. Annexed as Exhibit "B" is the proposed Third Amended Complaint.

5. Annexed as Exhibit "C" are records Bates numbered CM 0012, 0013 and 0014 from the April 13, 2013 "Missing Disc Discovery" (See Plaintiff's Brief).

6. The new allegations put forward in the Third Amended Complaint are highlighted in bold. After the allegation is a reference to the discovery where the information came from. Data from the April 13, 2013 disc that was lost and misfiled and the subject of counsel's letter to the Court is noted as "Missing Disc Discovery." Data from the July 13, 2013 discovery is noted as "July 2013 discovery." The discovery is then referenced by Bates number. There are also references back to the Second Amended Complaint to indicate that certain claims had been made which are now reworded to allege more facts and the discovery where those facts came from.

7.  There are also several exhibits referred to in the Brief. Unless noted as Exhibits "A" or "C" from this certification, the exhibits reference plaintiff's previously filed Motion for Reconsideration under docket entries nos: 185 and 186. The brief references these comments as well.

I hereby certify that the foregoing statements made by me are true. I am aware that if any are willfully false I am subject to punishment.

Respectfully submitted,

SHELLEY L. STANGLER, ESQ

Dated: August 22, 2014