UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOAN MULLIN, ADMINISTRATRIX OF THE ESTATE OF ROBERT MULLIN, deceased and JOAN MULLIN, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>ADMINISTRATOR KAREN BALICKI, in her personal and individual capacities representing the State of New Jersey, the Department of Corrections of the State of New Jersey, South Woods State Prison, and Central Reception & Assignment Facility (C.R.A.F.), DIRECTOR ROBERT PATTERSON, in his personal and individual, representing the State of New Jersey, the Department of Corrections of the State of New Jersey, South Woods State Prison, and Central Reception & Assignment Facility (C.R.A.F.) DIRECTOR MARIE DUNLAP-PRYCE, in her personal and individual capacities, representing the State of New Jersey, the Department of Corrections of the State of New Jersey, South Woods State Prison, and Central Reception & Assignment Facility (C.R.A.F.), JANE BYRD, L.P.N., in her personal and individual capacities, ERIN MARUSKY, R.N., in her personal and individual capacities, OFFICER NICHOLAS DIMLER, in his personal and individual capacities, OFFICER ROBERT RUSSO, in his personal and individual capacities, CHIEF RALPH YANSEK, in his personal and individual capacities, Lt. DUDICH, in his personal and individual capacities, SGT. B. STERN, in his personal and individual capacities, SGT. THOMAS SPENCE, in his personal and individual capacities, OFFICER ERIC LARGE, in his personal and individual capacities, KINTOCK GROUP, JOHN DOES 4-10 (as yet unidentified and unknown governmental, county, or state officials, supervisors, agents or employees) in their personal, individual and professional capacities, ABC ENTITIES 1-10 (as yet unidentified and unknown governmental entities | Civ. No. 3:11-cv-00247<br><br>ORDER |

**THIS MATTER** being opened to the Court by motion of Plaintiff Joan Mullin by counsel, Shelley L. Stangler, P.C. (Shelley L. Stangler, Esq., appearing), to amend the complaint and to file and serve a Third Amended Complaint, and defendant Officer Dimler and any parties represented by the State of New Jersey appearing by counsel in opposition (Daniel M. Vannella, Esq., Deputy Attorney General, appearing); defendant Jane Byrd, LPN appearing by counsel Farkas & Donohue in opposition (David C. Donohue, Esq., appearing); defendant Kintock Group appearing by counsel John J. Welch, Esq in opposition (John J. Welch, Esq, appearing); and and the Court having reviewed the papers submitted and any opposition thereto, and good cause having been shown,

**IT IS ON THIS** _____ day of _____ 2014,

**ORDERED,** that plaintiff's motion is granted, and it is further:

**ORDERED**, that: Plaintiff is permitted to file and serve the Third Amended Complaint with the new factual allegations and naming new defendants Officer Robert Russo, Officer Eric Large, Chief Ralph Yansek, Lt Ducich, Sgt. B. Stern and Sgt. Thomas Spence. in the form presented on the motion.

SO ORDERED;

_____
Lois H. Goodman, U.S.M.J.