# The Law Offices Of
## SHELLEY L. STANGLER, P.C.

SHELLEY L. STANGLER
ATTORNEY AT LAW
MEMBER N.J. & N.Y. BAR

JUDITH L. ROSENTHAL
OF COUNSEL
MEMBER N.J. BAR

A PROFESSIONAL CORPORATION
155 MORRIS AVENUE
SPRINGFIELD, NJ 07081
TEL: 973.379.2500
FAX: 973.379.0031
E-MAIL: SHELLEY@STANGLERLAW.COM
WWW.STANGLERLAW.COM

NEW YORK OFFICE
1 OLD COUNTRY ROAD
STE. 210
CARLE PLACE, NY 11514
TEL: 646.205.0659

August 22, 2014

**VIA ELECTRONIC FILING**
Honorable Lois Goodman, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: **Estate of Robert Mullin vs. State of New Jersey, et al.**
**Civil Action No.: 11-0247 (MCL/LHG)**

Dear Judge Goodman:

With regard to the above matter, enclosed please find:

1. Notice of Motion to Amend the Complaint
2. Certification of Service
3. Certification of Counsel with Exhibits
4. Brief
5. Proposed Order
6. Notice of Motion to Seal materials with Certification and Proposed Order.

Respectfully submitted,

SHELLEY L. STANGLER, ESQ.

SLS/jg
cc: Daniel Vannella, Esq.
David Donohue, Esq.
Jack Welsh, Esq.