UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOAN MULLIN, ADMINISTRATRIX OF THE ESTATE OF ROBERT MULLIN, deceased, and JOAN MULLIN, individually,<br><br>Plaintiff,<br><br>v.<br><br>ADMINISTRATOR KAREN BALICKI, et al.,<br><br>Defendants. | CIVIL ACTION NO. 11-247 (MLC)<br><br>**ORDER & JUDGMENT** |

For the reasons stated in the Court's Memorandum Opinion, dated May 25, 2016, **IT IS** on this      25th       day of May, 2016, **ORDERED** that the motion by Defendant Jane Byrd, LPN, for summary judgment **(dkt. 234)** is **GRANTED**; and it is further

**ADJUDGED** that **JUDGMENT IS ENTERED** in favor of Defendant Jane Byrd, LPN, and against Plaintiff; and it is further

**ORDERED** that the action insofar as it had been brought against the defendants State of New Jersey, Department of Corrections of the State of New Jersey, South Woods State Prison, Trenton Psychiatric Hospital, and Kintock Group should be designated as being **TREMINATED** pursuant to previous orders and amended pleadings; and it is further

**ORDERED** that the Clerk of the Court – as no viable claims remain – designate the action as **CLOSED.**

　　　　　　　　　　　　　　　　　　　　　　　　 s/ Mary L. Cooper        
　　　　　　　　　　　　　　　　　　　　　　　**MARY L. COOPER**
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge