UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Joan Mullin | Civil Action No. 3:11-CV-247(MLC)(LHG) |
| Plaintiff(s) | CLERK'S ORDER |
| v. | |
| The State of New Jersey, et al | |
| Defendant(s) | |

This matter having come before the Court upon the filing of a Complaint, Notice of Removal, <u>Notice of Appeal</u>, Petition for Writ of Habeas Corpus, or *Pro Hac Vice* Request for NEF on June 22, 2016 by Shelley Stangler, Esq., counsel for the plaintiff in the above-captioned matter, and it appearing that the pleading was electronically filed using the Court's CM/ECF filing system and the payment of filing fees made via **Pay.gov**; and it further appearing that:

\_\_\_ a. An overpayment has been made by the filer, **OR**

_X_ b. A duplicate, identical Complaint, Notice of Removal, <u>Notice of Appeal</u>, Petition for Writ of Habeas Corpus or *Pro Hac Vice* Request for NEF was filed more than once by the same attorney or the same law firm; and for good cause shown,

IT IS on this __17__ day of August 2016,

**ORDERED THAT**, the sum of $505.00 is refunded through **Pay.gov**.

WILLIAM T. WALSH, CLERK

By: _/s/ Theresa L. Burnett_
Theresa L. Burnett
Chief Deputy Clerk