

## State of New Jersey

| | | |
|---|---|---|
| CHRIS CHRISTIE<br>*Governor*<br><br>KIM GUADAGNO<br>*Lt. Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 112<br>TRENTON, NJ 08625-0112 | CHRISTOPHER S. PORRINO<br>*Attorney General*<br><br>MICHELLE L. MILLER<br>*Acting Director* |

December 15, 2017

**<u>Via CM/ECF</u>**
Hon. Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re: <u>Mullin v. Balicki, et al.
     Docket No. 11-247 (FLW-LHG)</u>

Dear Judge Goodman:

  As Your Honor is aware, I represent defendant Officer Dimler in this matter.  I received the Court's notification that a telephonic status conference has been scheduled for Monday, December 18th at 9:30 a.m.  I would like to advise the Court that I have a doctor's appointment scheduled at that time and will not be at work for the rest of the day.  For that reason, I am requesting that the conference be adjourned to a later date.  Plaintiff's counsel, Shelley Stangler, has consented to the adjournment and was kind enough to propose some alternate dates for the conference.  Both Ms. Stangler and I are available on December 19th, 20th, and 21st after 1:00 p.m.  Ms. Stangler advised me that she is away from December 27th to January 9th of next year.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 633-8687 • FAX: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

I thank the Court for its consideration.

                                        Respectfully submitted,

                                        CHRISTOPHER S. PORRINO
                                        ATTORNEY GENERAL OF NEW JERSEY


                            By:   s/ Gregory R. Bueno
                                        Gregory R. Bueno
                                        Deputy Attorney General

C: Shelley Stangler, Esq. (via CM/ECF)