*The Law Offices Of*

# SHELLEY L. STANGLER, P.C.

A PROFESSIONAL CORPORATION

| | | |
|---|---|---|
| SHELLEY L. STANGLER<br>MEMBER N.J. & N.Y. BAR<br><br>JUDITH L. ROSENTHAL<br>OF COUNSEL<br>MEMBER N.J. BAR | 155 MORRIS AVENUE<br>SPRINGFIELD, NJ 07081<br>TEL: 973.379.2500<br>FAX: 973.379.0031<br>E-MAIL:SHELLEY@STANGLERLAW.COM<br>WWW.STANGLERLAW.COM | NEW YORK OFFICE<br>800 6TH AVENUE<br>STE. 5B<br>NEW YORK, NY 10001<br>TEL: 646.205.0659 |

April 18, 2018

ORDERED that ECF No. 272 is ADMINISTRATIVELY TERMINATED, and Defendant Officer Dimler may submit a letter request to reopen the motion after the service and appearance of the other named defendants.

VIA ELECTRONIC FILING
Hon. Freda L. Wolfson U.S.D.J.
Clarkson S. Fisher Federal Bldg.
402 E. State Street, Room 5E
Trenton, NJ 08608

IT IS SO ORDERED:

*[signature]*

FREDA L. WOLFSON, U.S.D.J.

4/23/2018

Re:  **Mullin v. The State of New Jersey, et al.**
     **Docket No: 3:11-cv-00247-FLW-LGH**

Dear Judge Wolfson:

   This firm represents plaintiff in the above matter.  We write to request that the Court control the docket by waiting until new defendants have entered an appearance so that all motions to dismiss can filed, briefed and heard together.  This will avoid multiple briefing on the same issues and continued court and counsel time and expense.

   The Court is familiar with this matter, which has been the subject of numerous motions to dismiss on the pleadings, was the subject of Third Circuit review and remanded for further proceedings.   There are several new defendants to be served and a conference is scheduled before Magistrate Goodman tomorrow, April 19, 2018 to address those issues and service deadlines under Rule 4M.

   Defendant Officer Dimler, the only remaining defendant at this time, filed a motion to dismiss returnable April 2, 2018.  Plaintiff requested an adjournment on March 21, 2018 [DE 273] to May 7, 2018 with opposition papers due April 23, 2018. The docket does not indicate a response.

   Counsel have conferred and there is no objection to awaiting service and appearance by all defendants prior to the next round of dismissal motions.

   The Court's consideration is appreciated.

Respectfully submitted,

*[signature]*

SHELLEY L. STANGLER, ESQ.

SLS/mf
cc: Gregory Bueno, Esq.