# The Law Offices Of
# SHELLEY L. STANGLER, P.C.

A PROFESSIONAL CORPORATION
155 MORRIS AVENUE
SPRINGFIELD, NJ 07081
TEL: 973.379.2500
FAX: 973.379.0031
E-MAIL: SHELLEY@STANGLERLAW.COM
WWW.STANGLERLAW.COM

SHELLEY L. STANGLER
MEMBER N.J. & N.Y. BAR

JUDITH L. ROSENTHAL
OF COUNSEL
MEMBER N.J. BAR

NEW YORK OFFICE
800 6TH AVENUE
STE. 34A
NEW YORK, NY 10001
TEL: 646.205.0659

June 7, 2019

<u>VIA ELECTRONIC FILING</u>
Honorable Lois Goodman, U.S.M.J.
United States District Court of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   **Estate of Robert Mullin v. Administrator Karen Balicki, et al.**
      <u>**Civil Action No.: 11-0247 (MCL/LHG)**</u>

Dear Judge Goodman:

The parties are pleased to report that this case has been settled. We thank the Court for the time and effort over these many years in the handling of this case. We presume that the conference scheduled for this Monday, June 10, 2019 will not be necessary.

Respectfully submitted,

SHELLEY L. STANGLER, ESQ.

SLS/mf

cc: Kai Wendell Marshall-Otto, DAG